Act. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of CHARLES W. WEICKMANN, Appellant, against JOHN J. McELLIGOTT, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

SNAP LITE CORPORATION and Another, Appellants, v. STEWART WARNER CORPORATION, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of MARY A. FAGAN and CATHERINE TEVLIN, etc., to Fix and Determine the Compensation Due JOHN J. DWYER, Attorney, for Services Rendered, etc., in the Estate of MARY GARRITY, Deceased. JOHN J. DWYER, Appellant; MARY A. FAGAN and Another, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DAVIS YARN Co., INC., and Others, Respondents, v. BROOKLYN YARN DYE Co., INC., Defendant, Impleaded with COMMERCIAL UNION ASSURANCE COMPANY, LTD., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ELLA HUNKING, Respondent, v. NAT. E. CHASE and Others, Defendants, Impleaded with K. A. B. REALTY Co., INC., and JACOB BLUESTEIN, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

BANK OF NEW YORK AND TRUST COMPANY and Others, as Committee of the Property of FRANK HALL, an Incompetent Person, Appellants, v. CHARLES V. SNEDEKER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to reply within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See post, p. 775.]

BANK OF NEW YORK AND TRUST COMPANY and Others, as Committee of the Property of FRANK HALL, an Incompetent Person, Respondents, v. CHARLES V. SNEDEKER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See post, p. 775.]

EMERSON F. DAVIS, as Trustee in Bankruptcy of CHARLES M. SIEGEL, Bankrupt, Respondent, v. CHARLES M. SIEGEL and Others, Defendants, Impleaded with ESTHER JOHNSON SIEGEL and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

NEW YORK VOCATIONAL ADJUSTMENT BUREAU, INC., Appellant, v. VICTORIA-VAB, INC., and SAMUEL L. POMERANTZ, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion granted in all respects. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.